**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 06-2249

———————

HENRY T. SANDERS,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA, et al.,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Deborah K. Chasanow, District Judge. (8:06-cv-01528-DKC)

———————

Submitted: February 15, 2007          Decided: February 20, 2007

———————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Henry T. Sanders, Appellant Pro Se. Rod J. Rosenstein, United States Attorney, John Walter Sippel, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry T. Sanders appeals the district court's order assuming federal jurisdiction over his Freedom of Information Act complaint, vacating a state court default judgment, and dismissing the complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Sanders v. United States</u>, No. 8:06-cv-01528-DKC (D. Md. Nov. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>